IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:13CR116-004 |
| | ) | (Financial Litigation Unit) |
| KIMBERLY ARNELL CURETON, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BLYTHE CONSTRUCTION INC., | ) | |
| Garnishee. | ) | |

## DISMISSAL OF ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Order of Garnishment filed in this case against the Defendant as to the

Garnishee is DISMISSED.

**SO ORDERED**.

Signed: June 30, 2022

David S. Cayer
United States Magistrate Judge